

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2015

No. 04-15-00168-CR

Richard **DEBENEDETTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1484
Honorable N. Keith Williams, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to November 13, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Patrick Edwin O'Fiel                    Steven  A. Wadsworth
     The Law Office of Patrick O'Fiel, P.C.  Assistant District Attorney - 216th Judicial District
     The Schreiner Building                  200 Earl Garrett St., Suite 202
     200 Earl Garrett, Suite 206             Kerrville, TX 78028
     Kerrville, TX 78028